UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re: Alfredo G Garcia
Laura Garcia

Case No. 19-11981-t7

Debtor(s).

## MOTION FOR TEMPORARY WAIVER OF
## BUDGET AND CREDIT COUNSELING REQUIREMENTS

Pursuant to 11 U.S.C. § 109(h)(3)(A), the debtor Alfredo G Garcia [1] (*if this is a joint case, specify which debtor is requesting relief*) asks the Court to give him or her 30 days from the petition date to complete budget and credit counseling and file a certificate of completion.

I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made the request. The exigent circumstances that prevented me from complying with the credit counseling requirements before filing the petition are:

_____
_____
_____

I certify under penalty of perjury that the information provided above is true and correct.

Date: 8/28/2019

Signature: [signed]
Name: Alfredo G Garcia
Address: PO Box 244
Las Cruces, NM 88004
Telephone: 575 642-6950
Email:

---

[1] If each debtor in a joint case seeks a temporary waiver of the requirement to complete budget and credit counseling, each debtor must file a separate motion.

NM LF 109(h)(3)