Pete V. Domenici U.S. Courthouse  
333 Lomas Blvd. NW, 5th Floor  
Albuquerque, NM 87102  
505−415−7999/866−291−6805  
www.nmb.uscourts.gov

Case No.: 19−11981−t13  
Chapter: 13  
Judge: David T. Thuma  
Judge/341 Location:

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Alfredo Gallarzo Garcia  
 fdba Point of Contact  
PO Box 244  
Las Cruces, NM 88004  
SSN/ITIN(if any): xxx−xx−4917

Laura Garcia  
 fdba Elle Gem  
PO Box 244  
Las Cruces, NM 88004  
SSN/ITIN(if any): xxx−xx−5670

## NOTICE OF PRELIMINARY HEARING

Notice is hereby given that a preliminary hearing will be held on:

**Tuesday, September 17, 2019 at 09:00 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*5* − Application to Pay Filing Fee in Installments Filed by Debtor Alfredo Gallarzo Garcia , Joint Debtor Laura Garcia . (ljm)

**BY ORDER OF THE COURT**  
Lana Merewether  
Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600−4640 or by e−mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgph.jsp − 8/28/19