**FILED**
at 2:31 o'clock P M
OCT 09 2019
United States Bankruptcy Court
Albuquerque, New Mexico

CASE # 19-11981-t13
CHAPT 13
Judge David T. Thuma
Judge/341 Location:

In re Debtor(s):

Alfredo Gallegos Garcia
D/contact
PO Box 544
LC, NM 88004
SSN # 4917

Laura Garcia
Elle Germ
PO Box 544
LC, NM 88004  SSN # 5870

motion to object Deadline
filing to trustee motion to dismiss

I Alfredo + Laura move to file an <u>objection</u> with the Clerk of U.S Bankruptcy ct. that was to be heard on Oct 7, 2019.

Again I would like a hearing to this motion of objection to held on my behalf.

Respectfully,
Alfredo G Garcia
Laura Garcia

575 / 642-6950
Tiffany M. Cornejo
625 Silver Ave SW
Suite 350
Albuquerque, NM 87102-3111
505 / 243-1335